UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DAWSON TECHNICAL, INC.; a Hawaiian Corporation; and DOES 1–50, inclusive, <br><br> Defendants. | Case No.: 21-CV-1103 JLS (MSB) <br><br> **ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** <br><br> (ECF No. 6) |

Presently before the Court is Defendant Dawson Technical, Inc.'s Motion to Dismiss Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and Rule 8 ("Mot.," ECF No. 6). The Court **VACATES** the hearing on the Motion scheduled for July 22, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: July 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1