UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAWSON TECHNICAL, INC.; a Hawaiian Corporation; and DOES 1–50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-1103 JLS (MSB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>(ECF No. 24) |

　　　　Presently before the Court are Defendant Dawson Technical, Inc.'s ex parte Motion to Extend Defendant's Time to File a Responsive Pleading ("Mot.," ECF No. 24) and Plaintiff Lyan Francis De Souza's Statement of Non-Opposition thereto (ECF No. 25). Defendant contends that there is good cause to extend its time to file a responsive pleading "[g]iven the number of federal and California state statutes newly identified in Plaintiff's First Amended Complaint," which requires Defendant "to complete its investigation into recent activities of Plaintiff and whether they arise from the same 'transaction or occurrence that is the subject matter of [Plaintiff's] claims'" in order "[t]o ensure proper pleading of any . . . compulsory counterclaims." Mot. at 2.

/ / /

1 | Good cause appearing, the Court **GRANTS** Defendant's ex parte Motion. Defendant **SHALL RESPOND** to Plaintiff's First Amended Complaint <u>on or before April 15, 2022</u>.

**IT IS SO ORDERED.**

Dated:  March 17, 2022

Hon. Janis L. Sammartino
United States District Judge