UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>DAWSON TECHNICAL, INC.; a Hawaiian Corporation; and DOES 1–50, inclusive,<br><br>                      Defendants. | Case No.: 21-CV-1103 JLS (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO DISMISS FOR TWO WEEKS AND (2) TAKING MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 28) |

      Presently before the Court is Plaintiff Lyan Francis de Souza's and Defendant Dawson Technical, Inc.'s Joint Motion to Continue Hearing on Motion to Dismiss for Two Weeks ("Joint Mot.," ECF No. 28). The Joint Motion indicates that the Parties believe the issues raised in Defendant's pending Motion to Dismiss ("MTD," ECF No. 27) may be remediable via amendment of the First Amended Complaint. Joint Mot. at 2. Accordingly, the Parties propose meeting and conferring after Plaintiff provides a proposed Second Amended Complaint to Defendant and proceeding with the pending MTD only if necessary thereafter. *Id.*

      Good cause appearing, the Court **GRANTS** the Joint Motion. As requested by the Parties, the Court **CONTINUES** the hearing date on Defendant's MTD to <u>June 2, 2022, at</u>

1

1   1:30 p.m.  The Parties **SHALL FILE** any opposition thereto or reply in support thereof in
2   accordance with the Civil Local Rules.  Upon completion of the briefing, the Court will
3   decide the matter on the papers without oral argument pursuant to Civil Local Rule
4   7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  May 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge