UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAWSON TECHNICAL, INC.; a Hawaiian Corporation; and DOES 1–50, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-CV-1103 JLS (MSB)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 38) |

　　　Presently before the Court is Defendant Dawson Technical, Inc.'s Motion to Dismiss the Second Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and Rule 9 ("Mot.," ECF No. 38).  The Court **VACATES** the hearing on the Motion scheduled for September 22, 2022, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated:  September 15, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge