Adrienne L. Conrad (SBN 318776)
Daniel S. Smith (SBN 312330)
JACKSON LEWIS P.C.
225 Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Adrienne.Conrad@jacksonlewis.com
Daniel.Smith@jacksonlewis.com

Attorneys for Defendant
DAWSON TECHNICAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON TECHNICAL, INC., a Hawaiian Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01103-JLS-MSB<br><br>**NOTICE OF WITHDRAWAL**<br><br><br>State Court Complaint filed: May 21, 2021<br>Date of Removal: June 14, 2021 |

Defendant DAWSON TECHNICAL, INC. hereby requests the Court withdraw Docket No. **41** due to procedural errors.

DATED: September 15, 2022                    JACKSON LEWIS P.C.


By:   */s/ Daniel S. Smith*
       Adrienne L. Conrad
       Daniel S. Smith
       Attorneys for Defendant
       DAWSON TECHNICAL, INC.

1

NOTICE OF WITHDRAWAL
3:21-cv-01103-JLS-MSB