SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
KRISTINA KOUSHERIAN (SBN 339717)
kkousherian@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
354 Pine St., Fifth Floor
San Francisco, CA 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

*Attorneys for Plaintiff*,
LYAN FRANCIS DE SOUZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON TECHNICAL, INC., a Hawaiian Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01103-JLS-MSB<br><br>**JOINT DISCOVERY PLAN - RULE 26 REPORT** |

The parties submit this joint report pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure ("FRCP"), Local Civil Rules 26.1, and this Court's Orders of January 18, 2023, and February 9, 2023 [Dkt. Nos. 48, 50].

## I. DISCOVERY PLAN

The parties propose the discovery schedule attached as Exhibit A.

The parties do not believe that there should be any changes to the timing, form, or requirements of initial disclosures under Rule 26(a).

The parties believe that discovery should be permitted on any topic within the scope of Federal Rule of 26(b)(1).

The parties do not believe there should be any limitations on discovery beyond what is in the Federal Rules of Civil Procedure.

## II. SETTLEMENT

The parties are participating in the court ordered Early Neutral Evaluation on March 20, 2023. The parties have agreed to discuss attending private mediation in the event the case does not resolve at the ENE.

## III. LOCAL RULE 16(d)(2)

(a) The parties propose the discovery schedule attached as Exhibit A.

(b) The parties do not believe a further case management conference is necessary at this time.

(c) With the exception of the deadlines set forth in Exhibit A, the parties do not believe the case warrants expert disclosure/discovery procedures in addition to that required by Federal Rule of Civil Procedure 26.

(d) The parties propose the dispositive motion cut-off set forth on Exhibit A.

(e) The parties propose a pretrial hearing as set forth on Exhibit A.

IV. **CASE MANAGEMENT ORDER [DKT 48, ¶ 5(B)]**

    i. **Service:** No parties remain to be served.

    ii. **Amendment of Pleadings**: The parties do not anticipate amending any pleadings.

    iii. **Protective Order**: The parties intend to utilize the Court's Model Protective Order. The parties will submit the proposed order on or before March 20, 2023.

    iv. **Privilege**: The parties agree that claims of privilege must be made by use of a privilege log. The parties agree that communications between the parties and outside counsel do not need to be logged.

    v. **Preservation of Evidence**: The parties recognize their respective duties to preserve evidence and do not believe there are any issues with regard to the preservation of evidence at this time.

    vi. **Electronic Discovery**: The parties agree to produce electronic discovery both in its native form as well as in pdf where reasonably practicable.

    vii. **Discovery**: The parties do not believe any limitations or modifications to the Rules of Civil Procedure are required with regard to discovery.

    viii. **Related Cases**: The parties are not aware of any pending related cases.

| | | |
|---|---|---|
| 1 | DATED: March 13, 2023 | THE KNEAFSEY FIRM |
| 2 | | |
| 3 | | |
| 4 | | By _____ |
| | | Sean Kneafsey |
| 5 | | Attorneys for Plaintiff |
| | | LYAN FRANCIS DE SOUZA |
| 6 | | |
| 7 | DATED: March 13, 2023 | JACKSON LEWIS P.C. |
| 8 | | |
| | | /s/ Adrienne L Conrad |
| 9 | | |
| | | By _____ |
| 10 | | Adrienne L. Conrad |
| | | Attorneys for Defendant |
| 11 | | DAWSON TECHNICAL, INC. |

## EXHIBIT A – PROPOSED CASE SCHEDULE

| Event | Parties' Joint Request | Court Order |
|---|---|---|
| Initial Disclosures | March 13, 2023 | |
| Last Day to Submit Proposed Stipulated Protective Order | March 20, 2023 | |
| Fact Discovery Cutoff | December 7, 2023 | |
| Initial Expert Disclosure Pursuant FRCP 26(a)(2) | December 14, 2023 | |
| Rebuttal Expert Disclosure Pursuant to FRCP 26(a)(2) | January 24, 2024 | |
| Last day to file/serve dispositive motions | February 4, 2024 | |
| Expert Discovery Cutoff | February 24, 2024 | |
| Last day for dispositive motions to be heard | April 4, 2024 | |
| Final Pretrial Conference | May 4, 2024 | |
| Jury Trial (Duration 5-7 days) | June 4, 2024 | |