| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER<br>Please use one form per case<br>*Please read instructions on next page* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|
| **1a.** CONTACT PERSON FOR THIS ORDER<br>Sean M. Kneafsey | **2a.** CONTACT PHONE NUMBER<br>(213) 892-1200 | **3a.** CONTACT EMAIL ADDRESS<br>skneafsey@kneafseyfirm.com |
| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| The Kneafsey Firm, 707 Wilshire Blvd., Suite 3700, Los Angeles, CA 90017 | De Souza v. Dawson | 3:21-cv-01103-JLS-MSB |

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)  **b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*  **c.** DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2023 | MSB | ENE | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

The parties put the settlement of the action on the record at the conclusion of the ENE.

ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).
9. SIGNATURE       /s/ Sean Kneafsey

10. DATE     04/17/2023