SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
KRISTINA KOUSHERIAN (SBN 339717)
kkousherian@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
354 Pine St., Fifth Floor
San Francisco, CA 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

*Attorneys for Plaintiff*,
LYAN FRANCIS DE SOUZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON TECHNICAL, INC., a Hawaiian Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01103-JLS-MSB<br><br>**PLAINTIFF'S STATUS REPORT IN ADVANCE OF SETTLEMENT DISPOSITION CONFERENCE [ECF No. 53].**<br><br>**Date: May 23, 2023**<br>**Time: 1:30 pm.**<br>**Courtroom: 2C** |

Pursuant to prior orders of the Court, following Early Neutral Evaluation:

"On March 20, 2023, the Court held an Early Neutral Evaluation Conference. (ECF No. 52.) The case settled and the terms of the settlement were placed on the record. (Id.)." [ECF Nos. 52, 53].

Pursuant to the settlement agreement, Defendant Dawson Technical, Inc. (hereinafter "Dawson") is to perform on or before May 19, 2023. (*See* Transcript of Hearing).

Dawson's counsel has since conditioned its performance on the execution of a long form settlement agreement that Plaintiff contends contains provisions that were not part of the parties' settlement agreement as set forth on the record and that are not acceptable to Plaintiff.

The parties have met and conferred and are at an impasse. Plaintiff respectfully requests the Court's assistance in resolving this issue at the May 23, 2023, Settlement Disposition Conference.

DATED: March 19, 2023　　　　　THE KNEAFSEY FIRM

By _____
　Sean Kneafsey
Attorneys for Plaintiff
LYAN FRANCIS DE SOUZA

PLAINTIFF'S STATUS REPORT IN ADVANCE OF SETTLEMENT DISPOSITION CONFERENCE