SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
JOSHUA SHIN (SBN 323071)
jshin@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
354 Pine St., Fifth Floor
San Francisco, CA 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

*Attorneys for Plaintiff*,
LYAN FRANCIS DE SOUZA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN FRANCIS DE SOUZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAWSON TECHNICAL, INC., a Hawaiian Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01103-JLS-MSB<br><br>**JOINT MOTION TO DISMISS** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 Pursuant Federal Rule of Civil Procedure 41(a)(A)(ii), the parties hereby jointly move to dismiss this action with prejudice on the following conditions:

 1. Each party shall bear its own fees and costs; and,

 2. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement as stipulated on the record before this Court on March 20, 2023.

 SO STIPULATED

DATED:  June 30, 2023  THE KNEAFSEY FIRM, INC.

By _____
  Sean M. Kneafsey
Attorneys for Plaintiff
LYAN FRANCIS DE SOUZA

DATED:  June 30, 2023  JACKSON LEWIS P.C.

 /s/ Adrienne L. Conrad

By _____
  Adrienne L. Conrad
Attorneys for Defendant
DAWSON TECHNICAL, INC.

## **ATTESTATION**

I, Sean M. Kneafsey, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.